IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TONYA L. SANDERS                                                                                    PLAINTIFF

V.                                    1:18-CV-00018-BRW-BD

SOCIAL SECURITY ADMINISTRATION                                                    DEFENDANT

## ORDER

I have reviewed the Recommended Disposition (Doc. No. 15) filed by Magistrate Judge Beth Deere. No objections have been filed. After careful consideration, I approve and adopt the Recommended Disposition in all respects. Judgment will be entered accordingly.

Accordingly, the Commissioner's decision is AFFIRMED, and Plaintiff Tonya L. Sanders' Complaint (Doc. No. 2) is DISMISSED with prejudice.

IT IS SO ORDERED this 25th day of February, 2019.

/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE