IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TONYA L. SANDERS**                                                             **PLAINTIFF**

**V.**                            **1:18-CV-00018-BRW-BD**

**SOCIAL SECURITY ADMINISTRATION**                              **DEFENDANT**

## **JUDGMENT**

Based on the Order that was entered today, this case is DISMISSED with prejudice.

Judgment is entered in favor of the Commissioner.

IT IS SO ORDERED this 25th day of February, 2019.


                                        /s/ Billy Roy Wilson _____
                                        UNITED STATES DISTRICT JUDGE